*Revised September 2025*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| | |
|---|---|
| Plaintiff | |
| Defendant | |

| Case Number | Judge |
|---|---|
| | |

I, _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Applicant's Firm Name | | |
| Applicant's Address | | Room/Suite Number |

| City | State | Zip Code |
|---|---|---|

| Applicant's Email Address |
|---|

| Applicant's Phone Number(s) |
|---|

| Residence Address/P.O. Box | | Apt |
|---|---|---|
| City | State | Zip Code |

Certificate of Consultation

| |
|---|
| |

| Date | Electronic Signature of Applicant |
|---|---|
| | S/ |

## ATTACHMENT 1

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| US District Court, Eastern District of California | 04/09/1985 |
| US Court of Appeals, 2nd Circuit | 12/27/2017 |
| US District Court, Southern District of California | 12/15/1985 |

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# David Halberstadter

### Bar Number 107033

was duly admitted to practice in this Court on October 22, 2002,
and is in good standing as a member of the bar of this Court.



Signed on November 12, 2025 by



Mark B. Busby, Clerk of Court



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DAVID HALBERSTADTER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that David Halberstadter # 107033, was on the 7th day of December 1982, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 12th day of November 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Michael Hallisy, Deputy Clerk*