**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

MIMOSHA DANTE JOHNSON,

Plaintiff,

v. Case No. 2:25-cv-3038-MSN-atc

KATORI HALL;
STARZ ENTERTAINMENT, LLC; and
LIONS GATE ENTERTAINMENT CORP.,

Defendants.

---

**ORDER TO SHOW CAUSE**

---

Plaintiff initially filed this matter in the Circuit Court of Shelby County, Tennessee, on October 8, 2025. Defendant Starz Entertainment, LLC removed the matter to this Court on November 13, 2025. At the time of removal, only Defendant Starz Entertainment, LLC had been served. All claims against Defendant Starz Entertainment, LLC have now been dismissed and, to date, no proof of service has been filed for either Defendant Katori Hall or Defendant Lions Gate Entertainment Corp.

Rule 4(m) of the Federal Rules of Civil Procedure provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Rule 41(b) of the Federal Rules of Civil Procedure further provides that:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any

> dismissal not under this rule -- except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 -- operates as an adjudication on the merits.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, on or before Thursday, September 3, 2026, why her claims against Defendant Katori Hall and Defendant Lions Gate Entertainment Corp. should not be dismissed without prejudice for her failure to timely serve Defendant Katori Hall or Defendant Lions Gate Entertainment Corp. or for failure to prosecute those claims.

***Failure to comply with this Order in a timely manner by the date specified above will result in a judgment dismissing the remaining claims in this matter without further notice.***

**IT IS SO ORDERED**, this 19th day of August, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE